UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## CLERK'S DEFAULT

PATRICIA KOZAK and DEBORAH KOZAK,     CASE NO. 10-81092-CIV-DIMITROULEAS

     Plaintiff(s),

v.

RHEUMATOLOGY   AND
ENDOCRINOLOGY SPECIALISTS OF THE
PALM BEACHES, P.A., ADAM BARRON,
RENANIT   BARRON,   and   JACOB
ELKAYAM

     Defendant(s).

_____/

> FILED by _____ D.C.
>
> **Nov 10, 2010**
>
> STEVEN M. LARIMORE
> CLERK
> U.S. DIST. CT.
> S.D. OF FLA.

It appearing that the defendant(s) herein, **RHEUMATOLOGY AND ENDOCRINOLOGY SPECIALISTS OF THE PALM BEACHES, P.A., ADAM BARRON, RENANIT BARRON, and JACOB ELKAYAM,** are in default for failure to appear, answer or otherwise plead to the complaint filed herein within the time required by law.  Default is hereby entered against defendant(s) RHEUMATOLOGY AND ENDOCRINOLOGY SPECIALISTS OF THE PALM BEACHES, P.A., ADAM BARRON, RENANIT BARRON, and JACOB ELKAYAM, as of course, on this date November 10, 2010.

**STEVEN M. LARIMORE**
CLERK OF COURT

*Teresa Erwin*

By: _____
    Teresa Erwin
    Deputy Clerk

cc:   Hon. William Dimitrouleas
      Counsel of Record
      Rheumatology and Endocrinology Specialists of the Palm Beaches, P.A.
      Adam Barron, Renanit Barron and Jacob Elkayam