UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81092-CIV-DIMITROULEAS

PATRICIA KOZAK and DEBORAH KOZAK,
individually and on behalf of all others similarly
situated,

               Plaintiff,

vs.

RHEUMATOLOGY AND
ENDOCRINOLOGY SPECIALISTS OF
THE PALM BEACHES, P.A., a Florida
corporation, ADAM BARRON, individually,
RENANIT BARRON, individually, and
JACOB ELKAYAM, individually,

Defendants.
_____/

## MOTION FOR FINAL DEFAULT JUDGMENT

COMES NOW, the Plaintiffs, PATRICIA KOZAK and DEBORAH KOZAK, by and through their undersigned counsel and pursuant to Rule 55(b)(2) of *Federal Rules of Civil Procedure*, move this Court to enter a Final Default Judgment in favor of the Plaintiffs against Defendants RHEUMATOLOGY AND ENDOCRINOLOGY SPECIALISTS OF THE PALM BEACHES, P.A., ADAM BARRON and RENANIT BARRON, and in support thereof, state as follows:

1. On September 14, 2010, Plaintiffs filed a Complaint for violations under the Fair Labor Standards Act, 29 U.S.C. §216(b) ("FLSA") and under section 448 of the Florida Statutes.

2. On October 15, 2010, Plaintiffs effectuated service on Defendants, RHEUMATOLOGY AND ENDOCRINOLOGY SPECIALISTS OF THE PALM BEACHES, P.A., ADAM

      BARRON and RENANIT BARRON [DEs 5,6,7]. The returns of service are attached hereto as **Exhibit "A".**

3. Defendants' Answers would have been due on or before November 5, 2010.

4. Since Defendant failed to serve any paper on the undersigned as required by law, on November 9, 2010, Plaintiff filed a Motion for Entry of a Clerk's Default [DE 9].

5. On November 10, 2010, the Clerk entered a Default against the Defendant [DE 10].

6. As of the filing of the instant Motion, Defendants have not filed any Motion or pleading in response to the Complaint.  As such, the Defendant has failed to serve any paper on the undersigned or file any paper required by law in response to the Complaint.

7. Accordingly, Plaintiffs hereby request a default final judgment in their favor and against the Defendants RHEUMATOLOGY AND ENDOCRINOLOGY SPECIALISTS OF THE PALM BEACHES, P.A., ADAM BARRON and RENANIT BARRON.

8. Plaintiffs, PATRICIA KOZAK and DEBORAH KOZAK, pursuant to 29 U.S.C. §216(b) is entitled to their unpaid wages. Plaintiff, PATRICIA KOZAK in the amount of Sixteen Thousand Nine Hundred Seventy Seven dollars and Twenty Seven Cents ($16,977.27), and Plaintiff, DEBORAH KOZAK in the amount of Twenty Seven Thousand Five Hundred Dollars ($27,500.00). Plaintiffs' affidavits outlining their damages are attached hereto as **Exhibit "B".**

9. An additional element of Plaintiffs' claims, is the recovery of costs and reasonable attorneys fees pursuant to 29 U.S.C. §216(b). An affidavit of Brian J. Militzok is attached to this Motion as **Exhibit "C"**.  The total fee for Brian J. Militzok would be $5,472.50 (19.9 hours x $275.00 per hour) with costs in the amount of $440.00.  By executing this Motion, counsel for the Plaintiff certifies that he has fully reviewed the time records and

supporting data in support of this Motion and that this Motion is well grounded in fact and justified.

10. As such, Plaintiffs PATRICIA KOZAK and DEBORAH KOZAK, request that a default final judgment for the named Plaintiffs PATRICIA KOZAK and DEBORAH KOZAK, be entered in the sum of $44,477.27 ($16,977.27 and $27,500.00 respectively) plus costs and attorneys' fees accrued as of this date (Exhibit "1") and that this Court retain jurisdiction.

WHEREFORE, Plaintiffs, PATRICIA KOZAK and DEBORAH KOZAK request the entry of a Final Judgment in their favor and against Defendants, RHEUMATOLOGY AND ENDOCRINOLOGY SPECIALISTS OF THE PALM BEACHES, P.A., ADAM BARRON and RENANIT BARRON in the total sum of **$50,389.77** and any and all other relief the Court deems proper.

DATED: December 6, 2010

        MILITZOK & LEVY, P.A.
        *Attorneys for Plaintiff*
        The Yankee Clipper Law Center
        3230 Stirling Road, Suite 1
        Hollywood, Florida 33021
        (954) 727-8570 - Telephone
        (954) 241-6857 – Facsimile
        bjm@mllawfl.com

        By: /s/ Brian Militzok
        BRIAN J. MILITZOK, ESQ
        Fla. Bar No.: 0069993

**CERTIFICATE OF SERVICE**

      I hereby certify that on December 6, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM / ECF.  I also hereby certify that a true and correct copy of the foregoing has been mailed via Federal Express to RHEUMATOLOGY AND ENDOCRINOLOGY SPECIALISTS OF THE PALM BEACHES, P.A., ADAM BARRON, RENANIT BARRON, and JACOB ELKAYAM at 5155 Corporate Way, Suite C, Jupiter, FL 33458.

                              By: /s/ Brian Militzok
                                BRIAN J. MILITZOK, ESQ