# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-81092-CIV-DIMITROULEAS

PATRICIA KOZAK and
DEBORAH KOZAK, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

RHEUMATOLOGY AND
ENDOCRINOLOGY SPECIALISTS OF
THE PALM BEACHES, P.A., a Florida
corporation,
ADAM BARRON, individually,
RENANIT BARRON, individually, and
JACOB ELKAYAM, individually,

    Defendants.

## AFFIDAVIT OF PLAINTIFF, PATRICIA KOZAK

BEFORE ME, the undersigned authority, personally appeared PATRICIA KOZAK who, first being duly sworn, deposes and says:

1. My name is Patricia Kozak and I have personal knowledge of the facts contained in this Affidavit.

2. I was employed by Defendants from approximately December 1, 2008, through July 5, 2010.

3. I was being compensated at $1,500.00 every two weeks.

4. Although I was given a title of "Office Manager", I had no managerial control or job duties that would give rise to my position being considered an "exempt" position under the Fair Labor Standards Act.

1

5. I regularly worked in excess of forty (40) hours in a single work week, yet never received any overtime compensation.

6. On average, I honestly and reasonably believe that I worked approximately fifty-five (55) hours per work week. I punched in and out on the company clock, therefore, the exact time records are in, or should be in, the possession of the Defendants.

7. My hourly rate would equal approximately $13.63 per hour ($1500 / 110 hours).

8. I was employed approximately eighty-three (83) weeks by Defendants.

9. I believe that I am owed approximately $102.27 per week ($6.81 per hour x 15 hours), or $8,488.64 in total actual damages ($102.27 per week x 83 weeks), and $8,488.64 in liquidated damages, for a total of approximately $16,977.27.

*Patricia Kozak*
PATRICIA KOZAK

STATE OF Florida
COUNTY OF Palm Beach, FL

SWORN TO AND subscribed before me this 6 day of December, 2010.

The Affiant, Patricia Kozak, is [✓] personally known to me or [ ] has produced _____ as identification, which is current or has been issued within the past five years and bars a serial number of other identifying number.

*Christine Dempsey*
Print Name:

*Christine Dempsey*
NOTARY PUBLIC – STATE OF FL
Commission Number: DD 673359
My Commission Expires: 05/13/2011
(Seal)

Notary Public State of Florida
Christine Dempsey
My Commission DD673359
Expires 05/13/2011

3

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 10-81092-CIV-DIMITROULEAS

PATRICIA KOZAK and
DEBORAH KOZAK, individually and on
behalf of all others similarly situated,

    Plaintiff,

v.

RHEUMATOLOGY AND
ENDOCRINOLOGY SPECIALISTS OF
THE PALM BEACHES, P.A., a Florida
corporation,
ADAM BARRON, individually,
RENANIT BARRON, individually, and
JACOB ELKAYAM, individually,

    Defendants.

## AFFIDAVIT OF PLAINTIFF, DEBORAH KOZAK

BEFORE ME, the undersigned authority, personally appeared DEBORAH KOZAK who, first being duly sworn, deposes and says:

1. My name is Deborah Kozak and I have personal knowledge of the facts contained in this Affidavit.

2. I was employed by Defendants from approximately May 23, 2008, through July 6, 2010.

3. I was being compensated at $1,500.00 every two weeks.

4. Although I was given a title of "Billing Manager", I had no managerial control or job duties that would give rise to my position being considered an "exempt" position under the Fair Labor Standards Act.

5. I regularly worked in excess of forty (40) hours in a single work week, yet never received

1

any overtime compensation.

6. On average, I honestly and reasonably believe that I worked approximately sixty (60) hours per work week. I punched in and out on the company clock, therefore, the exact time records are in, or should be in, the possession of the Defendants.

7. My hourly rate would equal approximately $12.50 per hour ($1500 / 120 hours).

8. I was employed approximately one hundred and ten (110) weeks by Defendants.

9. I believe that I am owed approximately $125.00 per week ($6.25 per hour x 20 hours) in unpaid overtime wages, or $13,750.00 in total actual damages ($125.00 per week x 110 weeks), and $13,750.00 in liquidated damages, for a total of approximately $27,500.00.

Deborah Kozak 12/3/10
DEBORAH KOZAK

STATE OF FLORIDA

COUNTY OF PALM

SWORN TO AND subscribed before me this 3RD day of December, 2010.

The Affiant, Deborah Kozak, is [ ✓ ] personally known to me or [ ] has produced ______________ as identification, which is current or has been issued within the past five years and bars a serial number of other identifying number.

ELIZABETH A DAVI
MY COMMISSION # DD679555
EXPIRES May 29, 2011
(407) 398-0153 FloridaNotaryService.com

Print Name:

Elizabeth A. Davi
NOTARY PUBLIC – STATE OF ______________
Commission Number: ______________
My Commission Expires: ______________
(Seal)