UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-81092-Civ-WILLIAMS

PATRICIA KOZAK, and
DEBORAH KOZAK, individually
and on behalf of all others
similarly situated,

    Plaintiffs,

vs.

RHEUMATOLOGY AND
ENDOCRINOLOGY SPECIALISTS
OF THE PALM BEACHES, P.A.,
ADAM BARRON, RENANIT BARRON, and
JACOB ELKAYAM,

    Defendants.
_____/

## ORDER SETTING STATUS CONFERENCE

The Court hereby **SETS** a Status Conference in this matter for 11:30 a.m., December 15, 2011, at 299 East Broward Boulevard, Fort Lauderdale, FL, Courtroom 207.

DONE AND ORDERED in Chambers, at Miami, Florida, this ___ day of December, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

Cc:    Honorable James M. Hopkins