UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-81092-Civ-WILLIAMS

PATRICIA KOZAK, and
DEBORAH KOZAK, individually
and on behalf of all others
similarly situated,

    Plaintiffs,

vs.

RHEUMATOLOGY AND
ENDOCRINOLOGY SPECIALISTS
OF THE PALM BEACHES, P.A.,
ADAM BARRON, RENANIT BARRON, and
JACOB ELKAYAM,

    Defendants.
_____/

## ORDER SETTING HEARING

The Court hereby **SETS** a hearing in this matter for 10:00 a.m., January 3, 2012, at 400 North Miami, Ave., Miami, Florida, Courtroom 11-3.

DONE AND ORDERED in Chambers, at Miami, Florida, this 26th day of December, 2011.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE