UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-81092-Civ-WILLIAMS

PATRICIA KOZAK, and
DEBORAH KOZAK, individually
and on behalf of all others
similarly situated,

    Plaintiffs,

vs.

RHEUMATOLOGY AND
ENDOCRINOLOGY SPECIALISTS
OF THE PALM BEACHES, P.A.,
ADAM BARRON, RENANIT BARRON, and
JACOB ELKAYAM,

    Defendants.
_____/

## ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO TAKE DEPOSITION

This MATTER is before the Court on Plaintiffs' Motion for Leave of Court to Depose Defendant Jacob Elkayam. [D.E. 62]. The Plaintiffs' motion is **DENIED**.

DONE AND ORDERED in Chambers, at Miami, Florida, this 9th day of January, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE

1