UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 10-81092-Civ-WILLIAMS

PATRICIA KOZAK, and
DEBORAH KOZAK, individually
and on behalf of all others
similarly situated,

    Plaintiffs,

vs.

RHEUMATOLOGY AND
ENDOCRINOLOGY SPECIALISTS
OF THE PALM BEACHES, P.A.,
ADAM BARRON, RENANIT BARRON, and
JACOB ELKAYAM,

    Defendants.
_____/

## ORDER RE-SETTING CALENDAR CALL
## AND DEADLINE FOR EXHIBIT AND WITNESS LISTS

The Court hereby **RE-SETS** Calendar Call in this case for 11:00 a.m., Tuesday, January 24, 2012, 400 N. Miami Ave., Miami, Florida, Courtroom 11-3. In accordance with the operative Scheduling Order [D.E. 25], the Parties' Proposed Jury Instructions or Proposed Findings and Conclusions of Law remain due by January 20, 2012. However, the Court hereby **ORDERS** that the Parties' Exhibit and Witness Lists shall also be submitted by January 20, 2012 (not the first day of trial).

DONE AND ORDERED in Chambers, at Miami, Florida, this ____ day of January, 2012.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE