# UNITED STATES DISTRICT COURT

Southern	DISTRICT OF	Florida

Patricia Kozak and Deborah Kozak

V.

Rheumatology and Endocrinology Specialists of The Palm Beaches, P.A., Adam Barron, Renanit Barron, Jacob Elkayam

**WITNESS LIST**

Case Number:   10-81092-CIV-WILLIAMS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Honorable Judge Kathleen M. Williams | Brian J. Militzok, Esq. | Richard B. Carey, Esq. |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiff Deborah Kozak c/o Militzok & Levy, P.A. |
| 2 | | | | | Plaintiff Patricia Kozak c/o Militzok & Levy, P.A. |
| 3 | | | | | Defendant Jacob Elkayam c/o Richard B. Carey, P.A. |
| 4 | | | | | Defendant Adam Barron c/o Richard B. Carey, P.A. |
| 5 | | | | | Defendant Renanit Barron c/o Richard B. Carey, P.A. |
| 6 | | | | | ALL REBUTTAL WITNESSES. |
| 7 | | | | | ALL IMPEACHMENT WITNESSES. |
| 8 | | | | | PLAINTIFFS RESERVE THEIR RIGHT TO CALL ANY WITNESSES LISTED ON ANY OF DEFENDANTS' WITNESS LISTS FILED OR SERVED IN THIS CAUSE NOT LISTED HEREIN. |