# UNITED STATES DISTRICT COURT

Southern  DISTRICT OF  Florida

Patricia Kozak and Deborah Kozak

**PLAINTIFFS' EXHIBIT LIST**

V.

Rheumatology and Endocrinology Specialists of The Palm Beaches, P.A., Adam Barron, Renanit Barron, Jacob Elkayam

Case Number:  10-81092-CIV-WILLIAMS

| PRESIDING JUDGE | | | | | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|---|---|---|---|
| Honorable Judge Kathleen M. Williams | | | | | Brian J. Militzok, Esq. | Richard B. Carey, Esq. |
| TRIAL DATE (S) | | | | | COURT REPORTER | COURTROOM DEPUTY |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Plaintiffs' Bates #P 000001 to #P 000001: Defendant's "All Payments Issued for PATRICIA extra pay" |
| 2 | | | | | Plaintiffs' Bates #P 000002 to #P 000038: Paystubs for Plaintiff Patricia Kozak from 1/20/09 to 7/15/10 |
| 3 | | | | | Plaintiffs' Bates #P 000039 to #P 000039: Defendant's "All Payments Issued for DEBORAH extra pay" |
| 4 | | | | | Plaintiffs' Bates #P 000040 to #P 000091: Paystubs for Plaintiff Deborah Kozak from 5/31/08 to 7/22/10 |
| 5 | | | | | Plaintiffs' Bates #P 000092 to #P 000096: Defendant Jacob Elkayam's Response to Plaintiff's First Set of Interrogatories, dated 8/29/11 |
| 6 | | | | | Plaintiffs' Bates #P 000097 to #P 000102: Defendant Rheumatology and Endocrinology Specialist of The Palm Beaches, P.A.'s Response to Plaintiff's First Set of Interrogatories, dated 8/29/11 |
| 7 | | | | | Plaintiffs' Bates #P 000103 to #P 000118: Defendant Jacob Elkayam's Response to Plaintiff's First Request for Admissions, dated 8/29/11 |
| 8 | | | | | Plaintiffs' Bates #P 000119 to #P 000134: Defendant Renanit Barron's Response to Plaintiff's First Request for Admissions, date unknown, document unsigned and not notarized |
| 9 | | | | | Plaintiffs' Bates #P 000135 to #P 000138: Defendant Renanit Barron's Response to Plaintiff's First Set of Interrogatories, date unknown, document signed but not notarized |
| 10 | | | | | Plaintiffs' Bates #P 000139 to #P 000143: Defendant Adam Barron's Response to Plaintiff's First Set of Interrogatories, date unknown, document signed but not notarized |
| 11 | | | | | Plaintiffs' Bates #P 000144 to #P 000162: Defendant Adam Barron's Response to Plaintiff's First Set of Interrogatories, date unknown, document signed but not notarized |
| 12 | | | | | Plaintiffs' Bates #P 000163 to #P 000168: Defendant Adam Barron's Second Response to Plaintiff's First Set of Interrogatories, dated January 4, 2012 |

| | | | | | |
|---|---|---|---|---|---|
| 13 | | | | | Plaintiffs' Bates #P 000169 to #P 000173: Defendant Renanit Barron's Second Response to Plaintiff's First Set of Interrogatories, dated 1/4/12 |
| 14 | | | | | Plaintiffs' Bates #P 000174 to #P 000180: Defendants' Responses to Request for Production, dated 1/3/12 |
| 15 | | | | | Plaintiffs' Bates #P 000181 to #P 000185: Defendants' Payroll History for Deborah A. Kozak |
| 16 | | | | | Plaintiffs' Bates #P 000186 to #P 000189: Defendants' Payroll History for Patricia M. Kozak |
| 17 | | | | | Plaintiffs' Bates #P 000190 to #P 000237: Defendants' Detailed Payroll History for Patricia M. Kozak |
| 18 | | | | | Plaintiffs' Bates #P 000238 to #P 000238: Mediator's Report, dated December 16, 2011 |
| 19 | | | | | Plaintiffs' Bates #P 000239 to #P 000239: Certificate of Non-Appearance for 11/22/11 deposition of Adam Barron, dated 11/28/11 |
| 20 | | | | | Plaintiffs' Bates #P 000240 to #P 000240: Certificate of Non-Appearance for 11/22/11 deposition of Renanit Barron, dated 11/28/11 |
| 21 | | | | | Plaintiffs' Bates #P 000241 to #P 000242: Timesheet and paystub for Sabrina M. Turner for pay period 10/1/10 – 10/15/10 |
| 22 | | | | | Plaintiffs' Bates #P 000243 to #P 000245:  Patricia Kozak paycheck dated 7/16/10 and Patricia Kozak Patient Statement/Bill dated 9/8/10 |
| 23 | | | | | Plaintiffs' Bates #P 000246 to #P 000265:  Plaintiff's calendars for the months of December 2008 through July 2010 |
| 24 | | | | | Plaintiff's Bates #P 000266 to #P 000414:  Deposition Transcript of Jacob Elkayam |
| 25 | | | | | Plaintiff's Bates #P 000415 to #P 000445:  Deposition Transcript of Adam Barron |
| 26 | | | | | Plaintiff's Bates #P 000446 to #P 000481:  Deposition Transcript of Renanit Barron |
| | | | | | ALL REBUTTAL EXHIBITS |
| | | | | | ALL IMPEACHMENT EXHIBITS |
| | | | | | PLAINTIFFS RESERVE THEIR RIGHT TO INTRODUCE ANY EXHIBIT LISTED ON ANY OF DEFENDANTS' EXHIBIT LISTS FILED OR SERVED |
| | | | | | PLAINTIFFS RESERVE THEIR RIGHT TO COMPILE ANY OF THE AFORMENTIONED EXHIBITS INTO A DEMONSTRATIVE AND/OR COMPOSITE EXHIBIT IN ORDER TO AID THE FACT-FINDER IN PROCESSING THE EVIDENCE INTRODUCED |