UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-81092-CIV-WILLIAMS

PATRICIA KOZAK and DEBORAH KOZAK,
individually and on behalf of all others similarly
situated,

    Plaintiff,
vs.

RHEUMATOLOGY AND
ENDOCRINOLOGY SPECIALISTS OF
THE PALM BEACHES, P.A., a Florida
corporation,
ADAM BARRON, individually,
RENANIT BARRON, individually, and
JACOB ELKAYAM, individually,

    Defendants.
_____/



FILED by _____ D.C.

MAR 14 2012

STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. OF FLA. - W.P.B.

## VERDICT FORM

**Do you find from a preponderance of the evidence:**

1. That the Defendants (or any individual Defendant) failed to pay Plaintiff Deborah Kozak overtime pay as required by the law?

    Answer "Yes" or "No."
    Answer: **Yes**

2. That the Defendants (or any individual Defendant) failed to pay Plaintiff Patricia Kozak overtime pay as required by the law?

    Answer "Yes" or "No."
    Answer: **Yes**

Note: If you answered No to both of the preceding questions you need not answer the remaining questions.

3. That Jacob Elkayam was an "employer" as defined by the Fair Labor Standards Act?

   Answer "Yes" or "No."
   Answer: __Yes__

4. That Renanit Barron was an "employer" as defined by the Fair Labor Standards Act?

   Answer "Yes" or "No."
   Answer: __Yes__

5. That Adam Barron was an "employer" as defined by the Fair Labor Standards Act?

   Answer "Yes" or "No."
   Answer: __Yes__

6. That the Defendant Endocrinology Specialists of The Palm Beaches, P.A. either knew or showed reckless disregard for whether its conduct was prohibited by the FLSA?

   Answer "Yes" or "No."
   Answer: __Yes__

7. That the Defendant Jacob Elkayam either knew or showed reckless disregard for whether its conduct was prohibited by the FLSA?

   Answer "Yes" or "No."
   Answer: __Yes__

8. That the Defendant Renanit Barron either knew or showed reckless disregard for whether its conduct was prohibited by the FLSA?

   Answer "Yes" or "No."
   Answer: __No__

9. That Defendant Adam Barron either knew or showed reckless disregard for whether its conduct was prohibited by the FLSA?

>   Answer "Yes" or "No."
>   Answer: __No__

10. That the Plaintiff Deborah Kozak should be awarded $__4571.60__ as the Plaintiff's damages in this case.

11. That the Plaintiff Patricia Kozak should be awarded $__2988.00__ as the Plaintiff's damages in this case.

SO SAY WE ALL.

_____
Foreperson

DATED: __3/14/12__