UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:10-cv-81092-KMW

PATRICIA KOZAK and DEBORAH KOZAK,
individually and on behalf of all others similarly
situated,

       Plaintiff,

vs.

RHEUMATOLOGY AND
ENDOCRINOLOGY SPECIALISTS OF
THE PALM BEACHES, P.A., a Florida
corporation, ADAM BARRON, individually,
RENANIT BARRON, individually, and
JACOB ELKAYAM, individually,

       Defendants.

_____/

### PLAINTIFFS' MOTION FOR TO HOLD ALL DEFENDANTS LIABLE JOINTLY AND SEVERALLY PURSUANT TO 29 USCS § 216(b)

COMES NOW Plaintiffs PATRICIA KOZAK and DEBORAH KOZAK (hereinafter as "Plaintiffs"), by and through undersigned counsel, respectfully requests that should this Honorable Court impose Liquidated Damages as sought in Plaintiffs' Motion for Imposition of Liquidated Damages [DE 88], that the Final Judgment, including Liquidated Damages, be against all named Defendants in this matter pursuant to 29 USCS § 216(b), and in support thereof states as follows:

### INTRODUCTION

1.      Following trial, the jury rendered a verdict [DE 87] on March 14, 2012 in favor of Plaintiffs regarding their claim for overtime wages. Thus, Plaintiffs are the prevailing

party under 29 USC 216(b) of the Fair Labor Standards Act (the "FLSA") as to said claims.

2.    The jury awarded Plaintiff DEBORAH KOZAK $4,571.60 and awarded Plaintiff PATRICIA KOZAK $2,988.00.

3.    Furthermore, the jury found that Defendants RHEUMATOLOGY AND ENDOCRINOLOGY OF THE PALM BEACHES, P.A. and JACOB ELKAYAM's conduct was willful, or put another way, that said Defendants either knew or showed reckless disregard for the matter of whether its conduct of not paying overtime to the Plaintiffs was prohibited by applicable law.

4.    As such, Plaintiffs filed a Motion for Imposition of Liquidated Damages [DE 88], on March 21, 2012.

5.    The Verdict Form [DE 87] states that all named Defendants were "employers" as defined by the FLSA and are thus all jointly and severally liable under the FLSA.

6.    The Verdict Form [DE 87] further states that only the corporate Defendant RHEUMATOLOGY AND ENDROCRINOLOGY OF THE PALM BEACHES, P.A. and JACOB ELKAYAM "willfully" violated the FLSA, and not Defendants RENANIT BARRON and ADAM BARRON.

7.    However, the FLSA 29 USCS § 216(b) states:

> "Any employer who violates the provisions of section 6 or section 7 of this Act [29 USCS § 206 or 207] shall be liable to the employee or employees affected in the amount of their unpaid minimum wages, or their unpaid overtime compensation, as the case may be, and in an additional equal amount as liquidated damages."

8.    Therefore, because the individual Defendants, ADAM BARRON and RENANIT BARRON, are jointly and severally liable for the amount of the damages including an

additional amount of liquidated damages equal to the actual damages, as "employers" as defined by the FLSA, all Defendants should be jointly and severally liable for the amount entered by this Honorable Court as the Final Judgment.

9.      Your undersigned raised this precise issue with the Court prior to the entry of the verdict, however, the issue was unresolved at that time.

WHEREFORE, Plaintiffs DEBORAH KOZAK and PATRICIA KOZAK, respectfully request that this Honorable Court hold each of the named Defendants jointly and severally liable for all damages as proscribed by 29 USCS § 216(b).

DATED:  March 21, 2012

MILITZOK & LEVY, P.A.
*Attorneys for Plaintiff*
The Yankee Clipper Law Center
3230 Stirling Road, Suite 1
Hollywood, Florida 33021
(954) 727-8570 - Telephone
(954) 241-6857 – Facsimile
bjm@mllawfl.com

By: /s/ Brian Militzok
BRIAN J. MILITZOK, ESQ
Fla. Bar No.: 0069993

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on March 21, 2012, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

<u>Service List:</u>

Richard Brian Carey
Carey Law Group, P.A.
801 Northpoint Parkway , Suite 7
West Palm Beach, FL 33407

/s/Brian J. Militzok
Brian J. Militzok